# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GARY E. MITCHELL and LEILA A. MITCHELL et al,<br><br>Defendants. | Civil No. 13-2821 (JRT/JSM)<br><br>**ORDER ON REPORT AND RECOMMENDATION** |

Curt N Trisko, Jeffry Klobucar, Nchangnyuy Fondungallah, Rebecca Schiller, Sarah Adam, **SCHILLER & ADAM, P.A.,** The Academy Building, 25 North Dale Street, St. Paul, MN 55102, for plaintiff.

Gary E. Mitchell and Leila A. Mitchell, 5025 River Wood Drive, Savage, MN 55378, *pro se* defendants.

The above matter came before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated March 24, 2014. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendations of the Magistrate Judge and upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

This matter is remanded to Minnesota state district court.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: April 24, 2014

at Minneapolis, Minnesota                                             ____s/John R. Tunhiem_____

JOHN R. TUNHEIM  
United States District Judge